UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Larry Frye | ) | CASE NO. 18-80873-CRJ-13 |
| | ) | |
| SSN: XXX-XX-2381 | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| DEBTOR | ) | |

## ORDER APPROVING TRUSTEE'S MOTION TO MODIFY PLAN

This case came before the Court on the Trustee's Motion to Modify the confirmed Plan to increase Plan payments to $970 monthly beginning November 2019, for the remaining term of the Plan to pay the post petition mortgage arrearage claim in the amount of $10,767.70 filed by U.S. Bank N.A., through the Plan.

Notice and opportunity to respond to the Trustee's Motion having been given, and no response having been filed by the Debtor, and it appearing that there is cause to grant the Trustee's Motion, it is hereby

ORDERED that the Debtor's Chapter 13 Plan payments are to increase to $970 monthly beginning November 2019, for the remaining term of the Plan. Fixed payments to secured creditors will be adjusted accordingly, and the Plan will pay allowed claims in full.

Dated this the 26th day of November, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge